**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
IRA MERCER,

                Plaintiff,                24-CV-2803 (JGLC) (OTW)

                -against-                **ORDER**

DETECTIVE CHRISTOPHER SALLY, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 25.

The Initial Case Management Conference currently scheduled for October 29, 2024, is adjourned to **Tuesday, November 19, 2024, at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties are directed to complete the **Proposed Case Management Plan for Pro Se Cases**, available at https://www.nysd.uscourts.gov/hon-ona-t-wang, **attached hereto**, and file it via ECF one week before the Initial Conference, i.e., by **Tuesday, November 12, 2024**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted one week before the Initial Conference, i.e., by **Tuesday, November 12, 2024**. The letter shall be filed via ECF.

The Clerk of Court is respectfully directed to close ECF 25.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: September 26, 2024<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |

*Revised: March 8, 2018*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
:
:
Plaintiff(s),   :   No. ___-cv-_____ (    ) (OTW)
:
-against-   :
:
:
:
:
Defendant(s).   :
:
:
-------------------------------------------------------------x

**PROPOSED CASE MANAGEMENT PLAN FOR *PRO SE* CASE**

1. **Summary of Claims, Defenses, and Relevant Issues.**

   Plaintiff/Defendant (circle one)

   _____
   _____
   _____
   _____
   _____
   _____

2. **I understand my obligation to preserve – and am preserving – relevant information.**

   Plaintiff/Defendant (circle one)

3. **Proposed Schedule.**

All discovery should be completed by _____

   a. Depositions: Depositions shall be completed by _____

   b. Neither party may take more than _____ depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

   c. Initial Requests for Documents must be made by _____.

   d. Responses to Requests for Documents must be made by _____.

  e.  Documents from third-parties (such as doctors) will/will not (circle one) be required. If required, the following are the third-parties from whom Documents will be requested.

    _____
    _____
    _____
    _____

  f.  Subpoenas requesting Documents from third-parties must be served by _____. Documents obtained from third-parties must be provided to all parties in this matter.

  g.  There will/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify:

    _____
    _____
    _____

4. **Early Settlement or Resolution.**

The parties have/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than _____. The following information is needed before settlement can be discussed:
_____
_____
_____

5. **Other Matters.**

Plaintiff(s)/Defendant(s) (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.
_____
_____
_____
_____

3

Respectfully submitted this _____ day of _____.

_____

Name

_____

Address

_____

Phone number

_____

Email

_____

Party representing (if applicable)