**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
IRA MERCER,

               Plaintiff,

               -against-

DETECTIVE CHRISTOPHER SALLY, et al.,

               Defendants.

-----------------------------------------------------------x

24-CV-2803 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 28 and 29.

The parties are directed to meet and confer to discuss whether *pro se* Plaintiff intends to voluntarily dismiss his claims against Defendant Levy, and to file a joint status letter on the docket regarding the same by **Thursday, November 14, 2024**.

The parties' deadline to file their Proposed Case Management Plan is extended to **Thursday, November 14, 2024**.

Counsel for Defendant Levy is directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: November 8, 2024
      New York, New York

                                    *s/ Ona T. Wang*
                                    **Ona T. Wang**
                                    United States Magistrate Judge