**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IRA MERCER,

                Plaintiff,

                -against-

DETECTIVE CHRISTOPHER SALLY, et al.,

                Defendants.

------------------------------------------------------------x

24-CV-2803 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this action on November 19, 2024. As discussed at the conference:

- Defendants' motion to dismiss is due **Wednesday, November 27, 2024**.
- Plaintiff's opposition to Defendants' motion to dismiss is due **Friday, January 10, 2025**.
- Defendants' reply is due **Friday, January 17, 2024**.

Counsel for Defendants is further directed to serve a copy of this order on *pro se* Plaintiff.

        **SO ORDERED.**

                                          *s/ Ona T. Wang*

Dated: November 20, 2024                **Ona T. Wang**
       New York, New York          United States Magistrate Judge