**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IRA MERCER,

                Plaintiff,

                -against-

DETECTIVE CHRISTOPHER SALLY, et al.,

                Defendants.

------------------------------------------------------------x

24-CV-2803 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to meet and confer to discuss whether they would like to be referred to the Court's free Mediation Program, where a free Court Mediator may be able to help the parties resolve this lawsuit at an early stage.

Counsel for Defendants is further directed to file a status letter on the docket, on behalf of both parties, by **Tuesday, January 28, 2025**, updating the Court as to whether they would like such a referral. The letter should not disclose the contents of the parties' conversation and should <u>only</u> address whether they would like a referral to Mediation.

Counsel for Defendants is further directed to serve a copy of this order on *pro se* Plaintiff.

        **SO ORDERED.**

Dated: January 16, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge