**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
IRA MERCER,

              Plaintiff,

              -against-

DETECTIVE CHRISTOPHER SALLY, et al.,

              Defendants.

-------------------------------------------------------------x

24-CV-2803 (JGLC) (OTW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court has reviewed ECF Nos. 49 and 51.

      On February 3, 2025, the Court referred this case to the Southern District's free Mediation Program.  (ECF 47).  By the same Order, the Court directed the Clerk of Court to attempt to locate *pro bono* counsel to represent Plaintiff, who proceeds *pro se*, at the mediation.  (ECF 47).  On February 14, 2025, Plaintiff filed a signed affidavit responding to the Court's February 3 Order, in which he attested that he "shall represent himself at . . . mediation."  (ECF 49).  On March 26, 2025, Plaintiff filed a signed document, styled as a waiver of legal counsel, stating, unequivocally, that he is "choosing to proceed without legal counsel," despite the Court's Order.  (ECF 51).

      Accordingly, the parties are directed to proceed to mediation, where Plaintiff will continue to represent himself.

      It is further ordered that this case is **STAYED** pending the conclusion of mediation.  The parties are directed to file a joint status letter on the docket within thirty days (30) of the conclusion of mediation.

2

Counsel for Defendants is further directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: April 2, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge