**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

IRA MERCER,                                                    :
                                                              :
                        Plaintiff,                            :          24-CV-2803 (JGLC) (OTW)
                                                              :
                     -against-                                :          **ORDER**
                                                              :
DETECTIVE CHRISTOPHER SALLY, et al.,                          :
                                                              :
                        Defendants.                           :
                                                              :
                                                              :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that Defendants did not order a copy of the

transcript of the in-person conference on November 19, 2024, and provide a copy to *pro se*

Plaintiff, as requested at the conference.  (*See generally* Docket).  From the docket, it appears

that Plaintiff is requesting discovery that may have been ordered at the conference.  (*See* ECF

Nos. 43, 48, 50).  Without a copy of the transcript, the Court cannot assess whether Plaintiff's

request is duplicative.

Accordingly, Defendants are directed to order a copy of the transcript of the November

19 Conference **forthwith** using the form at ECF 38 and provide a copy to *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 12, 2025                                    _____
       New York, New York                              *s/  Ona T. Wang*
                                                       **Ona T. Wang**
                                                       United States Magistrate Judge