**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IRA MERCER,

               Plaintiff,        24-CV-2803 (JGLC) (OTW)

               -against-        **ORDER**

DETECTIVE CHRISTOPHER SALLY, et al.,

               Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On November 19, 2024, the Court held an initial case management conference in this action. (*See* ECF Nos. 13, 26, 56). At the November 19 Conference, the Court requested that defense counsel, if in his investigation he found information regarding which cases against *pro se* Plaintiff were open at the time of the arrest Plaintiff challenges here, share that information with Plaintiff. (ECF 56 at 15:13–25). The Court did not enter a Proposed Case Management Plan at that time.

On February 3, 2025, the Court referred this case to the Southern District's free Mediation Program, and stayed discovery. (ECF Nos. 47, 52). Mediation was apparently unsuccessful.

In the intervening months, *pro se* Plaintiff has filed several submissions, which the Court construes as motions for discovery. (ECF Nos. 43, 48, 50, 58, 59). Accordingly, Defendants are ordered to file a status letter on the Docket by **Wednesday, July 2, 2025**, identifying what discovery, if any, they have produced to Plaintiff. Defendants are further ordered to serve a

2

copy of this Order on *pro se* Plaintiff and file proof of service on the docket with the July 2 Status Letter.

If Defendants believe that a stay of discovery is appropriate while their motion to dismiss remains pending, such request is likewise due **Wednesday, July 2, 2025**.

**SO ORDERED.**

Dated: June 23, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

2