**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
IRA MERCER,

                Plaintiff,                              24-CV-2803 (JGLC) (OTW)

          -against-                              **ORDER**

DETECTIVE CHRISTOPHER SALLY, et al.,

               Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that, although Defense counsel requested a copy of the transcript for the conference held on November 19, 2024, and obtained the same, at the latest, by December 9, 2024 (*see* ECF 55-1), there remains an outstanding unpaid invoice due for that transcript. Defense counsel is directed to file a letter on the docket by **Thursday, July 17, 2025**, reporting on the status of this transcript and whether any invoice remains outstanding with the Court Reporters for the Southern District of New York.

    **SO ORDERED.**

Dated: July 10, 2025
       New York, New York

                                            *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                       United States Magistrate Judge