**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
IRA MERCER,                                                  :
                                                            :
                              Plaintiff,                     :              24-CV-2803 (JGLC) (OTW)
                                                            :
                 -against-                                   :              **ORDER**
                                                            :
DETECTIVE CHRISTOPHER SALLY, et al.,                        :
                                                            :
                              Defendants.                    :
                                                            :
                                                            :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This case was stayed pending mediation. (ECF 52). Mediation concluded on May 9, 2025. (ECF 53). Defendants' subsequent motion to stay was denied as untimely. (ECF 65). There have been no subsequent applications for a stay. It has come to the Court's attention that the case continues to be flagged as stayed in error.

Additionally, pending Judge Clarke's decision on the Report and Recommendation, (ECF 76), the motions at ECF 67 and 71 are **DENIED WITHOUT PREJUDICE,** and all discovery deadlines are extended *sine die*.

Accordingly, Clerk of Court is respectfully directed to close ECF Nos. 67 and 71 and unstay the case. Defendants are directed to serve a copy of this Order on Plaintiff and file proof of such service by May 26, 2026.

**SO ORDERED.**

_/ s/  Ona T. Wang_____

Dated: May 19, 2026                          **Ona T. Wang**
          New York, New York                  United States Magistrate Judge