**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

IRA MERCER,

Plaintiff,

-against-

DETECTIVE CHRISTOPHER SALLY, et al.,

Defendants.

------------------------------------------------------------------X

24 **CIVIL** 2803 (JGLC)(OTW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 2, 2026, the Court adopts the Report & Recommendation in its entirety; the Court GRANTS Defendants' Motion to Dismiss Plaintiff's Complaint. Plaintiff's Complaint is dismissed in its entirety with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York
September 8, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**